IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00094-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: July 30, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                 *Counsel:*

TERRY OWEN,                                                  *Pro Se (Appearing by telephone)*

    Plaintiff,

v.

ANGEL MEDINA, *et al.*,                                  Kristin A. Ruiz

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session: 10:03 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding why this hearing was set, defendant's MOTION to Dismiss (Docket No. 15, filed on 6/22/2012), the defendant's MOTION to Stay Discovery and Vacate Preliminary Scheduling Conference (Docket No. 16, filed on 6/22/2012), and the plaintiff's Objection to #15 MOTION to Dismiss (Docket No. 21, filed on 7/19/2012).  The defendant's have not filed their reply yet.

Discussion between the court and Mr. Owens regarding these documents and his claims and allegations.

The court advises the parties that it shall wait to see what happens with the defendant's motion to dismiss before setting any discovery deadlines.

**ORDERED:**   The court **GRANTS** the defendant's MOTION to Stay Discovery and Vacate Preliminary Scheduling Conference (Docket No. 16, filed on 6/2/2012).
                Discovery shall be stayed pending a ruling on the defendant's motion to dismiss.

Further discussion between the court and Mr. Owens regarding staying discovery and his conspiracy claims and allegations.

HEARING CONCLUDED.

**Court in recess:**     **10:37 a.m.**
Total time in court:     00:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.