IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 12-cv-00094-RM-CBS           Date: September 14, 2015
Courtroom Deputy: Amanda Montoya           FTR – Reporter Deck-Courtroom A402

*Parties:*                                 *Counsel:*

TERRY OWEN,                                *Pro se* (by phone)

Plaintiff,

v.

JOHN REILLY, *et al.,*                     Kristin Ruiz

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:09 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding *[80] Plaintiff's Motion for Summary Judgment* and *[83] Motion to Strike and/or Deny Plaintiff's Motion for Summary Judgment (doc. 80) without prejudice*.  The motion to strike states that the motion for summary judgment should be denied without prejudice as it contains parties and claims that are no longer in the case.

**ORDERED:**   *[83] Motion to Strike and/or Deny Plaintiff's Motion for Summary Judgment (doc. 80) without prejudice* is **GRANTED** and *[80] Plaintiff's Motion for Summary Judgment* is **STRICKEN without prejudice.**  Mr. Owen may file a new motion for summary judgment at a later date that is confined to the parties and claims still in the case.

Discovery cut-off: **January 11, 2016**
Deadline for serving motions for summary judgment: **February 8, 2016**
Each party shall be limited to **25** interrogatories and **25** requests for production.
The deadline to mail written discovery is **December 1, 2015.**

The court explains the discovery process to Mr. Owen.

The court advises Mr. Owen that any communication with the court shall be in the form of a written motion and that motion shall be sent to defense counsel as well.

Mr. Owen asks the court to put his name on the list for *pro bono* counsel.

**ORDERED:**   The court will add Mr. Owen's name to list for *pro bono* counsel.

Hearing Concluded.

**Court in recess: 09:39 a.m.**
Time in court: 00:30

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.